IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| ELAINE WANG, | : |
| Plaintiff, | : Case No. 1:19-cv-00133-LPS |
| v. | : |
| LOXO ONCOLOGY, INC., JOSHUA H. BILENKER, M.D., STEVE ELMS, KEITH T. FLAHERTY, M.D., ALAN FUHRMAN, STEVE D. HARR, M.D., LORI A. KUNKEL, M.D., TIM MAYLEBEN, and AVI Z. NAIDER, | : **COMPLAINT FOR VIOLATIONS OF SECTIONS 14(e), 14(d) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934**<br><br>**JURY TRIAL DEMANDED** |
| Defendants. | : |

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the Plaintiff only. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: February 12, 2019

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)

**OF COUNSEL:**
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Gloria Kui Melwani
Email: bdl@rl-legal.com
270 Madison Avenue
Email: gms@rl-legal.com
New York, NY 10016
Telephone: (212) 545-4600
*Attorneys for Plaintiff*
Facsimile: (212) 686-0114
Email: melwani@whafh.com